**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BARBARA RICHARDSON, individually and on behalf of a class | ) ) ) | 05 C 4599 |
| Plaintiff, | ) ) | Judge Manning |
| v. | ) ) | Magistrate Judge Keys |
| | ) | |
| DSW, INC., an Ohio Corporation | ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

NOW COMES Plaintiff, Barbara Richardson, by and though her counsel and dismisses this lawsuit, Case No.: 05 C 4599, in its entirety, said dismissal being with prejudice to Plaintiff Barbara Richardson only and without prejudice to the putative class under Fed. R. Civ. P. 41.

                                                BARBARA RICHARDSON

                                                s/ Curtis C. Warner
                                                By one of her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Curtis C. Warner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

                                                                  DSW, INC.

                                                                  <u>s/ James D. Roberts</u>
                                                                  By one of its Attorneys

James D. Roberts
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
312-236-7516 (FAX).

Robert N. Webner
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43215
614-464-6350 (FAX)

## **CERTIFICATE OF SERVICE**

   I, Curtis C. Warner, certify that on August 30, 2006, I filed a copy of the above document with the Clerk of the Court using the ECF system which sent notice to those who are registered and have appeared as counsel of record.

James D. Roberts
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
312-236-7516 (FAX)

Additionally, a copy was sent via US Mail and fax to the person named below.

Robert N. Webner
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43215
614-464-6350 (FAX)

            /s/ Curtis C. Warner
            Curtis C. Warner